# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael S. McRae,

    Plaintiff(s),

vs.

Michael Easley, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv353

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/11/2008 Order.

Signed: August 11, 2008

Frank G. Johns, Clerk
United States District Court